UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-00077-D-KS-1

UNITED STATES OF AMERICA

v.

JAMES MALCOLM-JAMAL GAINER

ORDER

This matter comes before the court on Defendant's unopposed motion to reopen and extend the pretrial motions deadline and to continue the arraignment and trial. For good cause shown, the motion is GRANTED. Defendant shall be allowed until November 9, 2026, to file pretrial motions.

Government shall file any responses to pretrial motions within 14 days thereafter.

Defendant's arraignment is continued until the December 2026, term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7).

J. Dever

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE